AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ginsburg, Ruth B. | Supreme Court of the United States | 04/25/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Associate Justice | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Supreme Court of the United States
One First Street, NE
Washington, DC 20543

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust Article Fourth U/W Martin D. Ginsburg |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 04/25/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 02-06-15 | University of Michigan - Tanner Lecturer | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York City Bar Association | February 2, 2015 | New York, NY | Participant in Ruth Bader Ginsburg Lecture | transportation, lodging, food |
| 2. | University of Michigan Law School | February 6, 2015 | Ann Arbor, MI | Participant in Tanner Lecture | transportation, lodging, food |
| 3. | Radcliffe Institute | May 29, 2015 | Cambridge, MA | Radcliffe Medal recipiant | transportation, lodging, food |
| 4. | Supreme Court of Korea | August 3-7, 2015 | Seoul, Korea | Participant in Legal Exchange program | transportation, lodging, food |
| 5. | American College of Trial Lawyers | September 7-10, 2015 | London, England | Participant in Legal Exchange program | transportation, lodging, food |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ginsburg, Ruth B. | 04/25/2016 |

| 6. | European Institute at the University of Zurich | September 11-15 2015 | Zurich, Switzerland | Participant in conversational program | transportation, lodging, food |
|---|---|---|---|---|---|
| 7. | Roosevelt Institute | September 29, 2015 | New York, NY | Four Freedoms Award recipiant | transportation, lodging, food |
| 8. | New York Historical Society | December 17, 2015 | New York, NY | Participant in conversational program | transportation, lodging, food |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 04/25/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Supreme Court of Korea | Roundtrip Airfare | $8,220.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 04/25/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking account-Morgan Guaranty Trust Co., NYC | | None | L | T | | | | | |
| 2. Checking account PNC Bank, DC | A | Int./Div. | K | T | | | | | |
| 3. TIAA CREF Retirement Accounts | E | Int./Div. | P1 | T | Distributed (part) | 12/01/15 | L | F | |
| 4. TIAA CREF Mutual Funds | C | Dividend | O | T | Buy (add'l) | 12/03/15 | L | | |
| 5. -TIAA CREF Midcap Growth Fund | | | | | | | | | |
| 6. -TIAA CREF Short Term Bond Fund | | | | | | | | | |
| 7. Fried Frank Pension (commenced on death of spouse) | G | Distribution | O | T | | | | | |
| 8. JP Morgan Intermediate Tax Free Income Fund | A | Interest | O | T | Buy (add'l) | 10/23/15 | M | | |
| 9. JP Morgan Equity Income | C | Dividend | M | T | Sold (part) | 10/23/15 | M | F | |
| 10. JP Morgan Market Expansion | B | Dividend | M | T | Sold (part) | 10/23/15 | K | C | |
| 11. JP Morgan Investment Cash | A | Interest | K | T | | | | | |
| 12. JP Morgan Tax Aware Equity | B | Dividend | M | T | | | | | |
| 13. JP Morgan Strategic Income Opportunity | D | Dividend | N | T | | | | | |
| 14. JP Morgan Intrepid European Fund | C | Dividend | M | T | | | | | |
| 15. JP Morgan Equity Focus Fund | B | Dividend | M | T | Buy (add'l) | 10/23/15 | M | | |
| 16. JP Morgan Unconstrained Debt Fund formerly Multi Sector Income Fund | D | Dividend | M | T | | | | | |
| 17. JP Morgan Float Rate Income Fund | C | Dividend | | | Sold | 10/27/15 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 04/25/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JP Morgan SH-INT Muni Bond Fund | A | Int./Div. | N | T | Sold (part) | 06/04/15 | L | A | |
| 19. | | | | | Buy (add'l) | 10/23/15 | M | | |
| 20. SPDR S&P 500 ETF Trust | D | Dividend | M | T | | | | | |
| 21. ISHARES Core S&P Mid Cap ETF | C | Dividend | M | T | Buy (add'l) | 06/08/15 | L | | |
| 22. ISHARES MSCI All Country Asia EX Japan Index Fund | B | Dividend | | | Buy (add'l) | 06/08/15 | L | | |
| 23. | | | | | Sold | 10/27/15 | M | A | |
| 24. Vanguard FTSE Europe ETF | A | Dividend | | | Sold | 06/08/15 | L | A | |
| 25. ISHARES MSCI EAFE Index Fund | B | Dividend | L | T | | | | | |
| 26. JPM Global Res Enh Index Fund | C | Dividend | M | T | Buy (add'l) | 06/05/15 | L | | |
| 27. DEUTSCHE X-TRACKERSMSCI EAF | B | Dividend | L | T | Buy | 06/09/15 | L | | |
| 28. DEUTSHE X-TRACKERS MSCI EUR | C | Dividend | L | T | Buy | 06/08/15 | L | | |
| 29. ISHARES MSCI JAPAN INDEX FUND | A | Dividend | K | T | Buy | 06/08/15 | K | | |
| 30. Trust Article 4th u/w/o Martin D. Ginsburg (beneficiary, trustee) (x) | E | Int./Div. | L | T | Distributed (part) | 01/06/15 | K | | |
| 31. | | | | | Distributed (part) | 04/17/15 | L | | |
| 32. | | | | | Distributed (part) | 07/31/15 | L | | |
| 33. | | | | | Distributed (part) | 09/18/15 | L | | |
| 34. | | | | | Distributed (part) | 12/28/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 04/25/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -TIAA CREF MidCap Growth | | | | | | | | | |
| 36.  -TIAA CREF High Yield Fund | | | | | | | | | |
| 37.  -JP Morgan Chase Checking | | | | | | | | | |
| 38.  -JP Morgan Chase Savings | | | | | | | | | |
| 39.  -Wegoma 1974 Associates | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Ginsburg, Ruth B. | 04/25/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII item 32   Trust was created under article fourth of the will of Martin D. Ginsburg (spouse, deceased 6/27/10).   Trust was not funded until July 31, 2013.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Ruth B. Ginsburg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544